[Crim. No. 650. Third Appellate District.—January 11, 1923.]

## THE PEOPLE, Respondent, v. ANTONE ZMAK, Appellant.

[1] CRIMINAL LAW—SALE OF LIQUOR IN NO-LICENSE TERRITORY—EVI-
DENCE—VERDICT—APPEAL.—On this appeal from a judgment of
conviction of the crime of "maintaining a place where alcoholic
liquor is kept for sale and distribution" in no-license territory,
although no briefs were filed and no appearance was made for
appellant, an examination of the transcript showed that appellant
was fairly tried and convicted on evidence which was conclusive
of guilt.

APPEAL from a judgment of the Superior Court of
Mendocino County. H. L. Preston, Judge. Affirmed.

The facts are stated in the opinion of the court.

M. H. Iversen and Will Van Dyke for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones,
Deputy Attorney-General, for Respondent.

FINCH, P. J.—This appeal is from a judgment of con-
viction of the crime of "maintaining a place where alcoholic
liquor is kept for sale and distribution" in no-license ter-
ritory.

[1] The transcript on appeal was filed July 15, 1922.
No brief has been filed on behalf of appellant. The ap-
peal came on regularly for oral argument on the third day
of January, 1923. No appearance was made for appellant.

An examination of the transcript shows that the appellant
was fairly tried and convicted on evidence which was con-
clusive of guilt.

The judgment is affirmed.

Burnett, J., and Hart, J., concurred.